USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, INC., et al., *Plaintiffs*, v. HATHITRUST, et al., *Defendants.* | Case No. 11-cv-6351(HB)<br><br>**NOTICE OF MOTION TO INTERVENE**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the annexed Declarations of Daniel F. Goldstein, sworn to December 6, 2011; Dr. Marc Mauer, sworn to December 6, 2011, Georgina Kleege, sworn to December 5, 2011, Blair Seidlitz, sworn to December 6, 2011, and Courtney Wheeler, sworn to December 6, 2011; the accompanying Memorandum of Law in Support of the Motion of the National Federation of the Blind, Georgina Kleege, Blair Seidlitz and Courtney Wheeler (collectively, "Proposed Intervenors) to Intervene as Defendants in this action; and all prior pleadings herein, Proposed Intervenors will move this Court, before the Honorable Harold Baer, United States District Court Judge, in Courtroom 23B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10017-1312, on the date and time to be set by the Court, for an order pursuant to Rule 24 of the Federal Rules of Civil Procedure permitting Proposed Intervenors to intervene as defendants in this action.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, shall be served upon the undersigned no later than December 23, 2011.

Dated: New York, New York
       December 9, 2011

                    Respectfully submitted,

                    **THE LAW OFFICE OF**
                    **ROBERT J. BERNSTEIN**

                    By: _____/s/_____
                          Robert J. Bernstein (RB 4230)
                          380 Lexington Avenue, 17th Floor
                          New York, NY 10168
                          Telephone: (212) 551-1068
                          Facsimile: (212) 551-1001
                          *Counsel for Proposed Intervenors*
                          *The National Federation of the Blind,*
                          *Georgina Kleege, Blair Seidlitz and*
                          *Courtney Wheeler*

**OF COUNSEL:**

Daniel F. Goldstein
Laura Ginsberg Abelson
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street
Suite 1700
Baltimore, Maryland 21202
Telephone: 410-962-1030
Facsimile: 410-385-0869
dfg@browngold.com
labelson@browngold.com

     *and*

PETER JASZI
5402 Surrey Street
Chevy Chase, Maryland 20815
Telephone: 301-656-1753
Facsimile: 301-656-7483
pjaszi@wcl.american.edu

**TO:**

Edward H. Rosenthal
Jeremy S. Goldman
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue
New York, NY 10022
*Attorneys for Plaintiffs*

*[Handwritten: Motion granted on consent. The clerk is directed to close the motion to intervene.]*

SO ORDERED:
_____[signature]_____
Harold Baer, Jr., U.S.D.J.
Date: 1/24/2012

*and*

Joseph Peterson
KILPATRICK TOWNSEND & STOCKTON LLP
31 W. 52nd Street, 14th Floor
New York, NY 10019

Joseph M. Beck
W. Andrew Pequignot
Allison Scott Roach
KILPATRICK TOWNSEND & STOCKTON LLP
Suite 1800
1100 Peachtree Street
Atlanta, GA 30309-4528
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, under penalty of perjury, that the foregoing Notice of Motion to Intervene of National Federation of the Blind, Georgina Kleege, Blair Seidlitz and Courtney Wheeler; the accompanying Declarations of Daniel F. Goldstein, Dr. Marc Mauer, Georgina Keege, Blair Seidlitz and Courtney Wheeler in support thereof; and the accompanying Memorandum in Support of the Motion of the National Federation of the Blind and Others to Intervene as Defendants, are being filed electronically today, and that, upon such filing, pursuant to this Court's Local Rules and ECF procedures, these documents shall be served electronically on the above-referenced attorneys for plaintiffs and for defendants at their respective email addresses registered with the Court's ECF system.

/s/
Robert J. Bernstein

3

Endorsement:

   Motion granted on consent.  The clerk is directed to close the motion to intervene.