UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE AUTHORS GUILD, INC., et al,

      Plaintiffs,

 - against -

HATHITRUST, et al.

      Defendants.
-----------------------------------------------------------X

Index No. 11 Civ. 6351 (HB)

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and the prior pleadings herein, Plaintiffs will move this Court, before the Honorable Harold Baer, Jr., at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23B, on a date and time to be set by the Court, for partial judgment on the pleadings pursuant Rule 12(c) of the Federal Rules of Civil Procedure.

Dated: New York, New York
   February 28, 2012

            FRANKFURT KURNIT KLEIN & SELZ, P.C.

            By: _/s/ Edd H. Rosen_____
            Edward H. Rosenthal
            Jeremy S. Goldman
            488 Madison Avenue, 10th Floor
            New York, New York 10022
            Tel. (212) 980-0120
            Fax: (212) 593-9175
            erosenthal@fkks.com
            jgoldman@fkks.com

            *Attorneys for Plaintiffs*