UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE AUTHORS GUILD, INC., et al.,              :
                                              :
              Plaintiffs,               :
                                              :
   - against -                              :   Index No. 11 Civ. 6351 (HB)
                                              :
HATHITRUST, et al.,                           :
                                              :
              Defendants.               :
                                              :
---------------------------------------------------------------X

## DECLARATION OF T.J. STILES

I, T. J. Stiles, hereby declare as follows:

1. I am one of the plaintiffs in the above-captioned action and submit this declaration in support of Plaintiffs' motion for summary judgment.

2. I am the author of numerous books about American history. I have made my living as a full-time writer for over ten years, and I put tremendous effort, care, and creativity into my works, be they full-length biographies or short-form pieces for the *New York Times Book Review,* the *Washington Post,* the *San Francisco Chronicle*, the *Minneapolis Star-Tribune*, Salon.com, *The Atlantic* online, or the *New York Observer.* Although my writings are based on intensive historical research and are considered scholarly in their rigor, I believe a biography to be a creative endeavor. I approach the task of crafting a nonfiction narrative as an author of a novel might, making conscious artistic decisions about style, narrative flow, pacing, perspective, thematic development, and description to write works that are as literary as they are scholarly. I endeavor to create vivid, fully realized worlds on the page that shed light on the human condition.

3.      My first biography, *Jesse James: Last Rebel of the Civil War*, ("*Jesse James*") was named a *New York Times* Notable Book, a finalist for the *Los Angeles Times* Book Prize in Biography, one of the Five Best Books of the Year by the London *Sunday Times*, an American Library Association Notable Book, one of the New York Public Library's *25 Books to Remember*, and a Best Book of the Year by *Library Journal*, the *Chicago Sun-Times*, the *Cleveland Plain Dealer*, *Bookpage*, and the London *Independent.* It also won the English Speaking Union's *Ambassador Book Award*, the *Peter Seaborg Award for Civil War Scholarship*, the James-Younger Gang's *Perry Award*, and the Friends of the James Farm's *John Newman Edwards Award*.

4.      My second biography, *The First Tycoon: The Epic Life of Cornelius Vanderbilt*, won the 2010 *Pulitzer Prize* for Biography and the 2009 *National Book Award* for Nonfiction.  It was also named a *New York Times* Notable Book and one of the best books of the year by *The New Yorker*, the *Financial Times*, the *Christian Science Monitor*, the *Boston Globe*, the *Philadelphia Inquirer*, and other publications.

5.      I have received many honors and awards in my career.  In 2011 I was named a fellow of the *John Simon Guggenheim Foundation*.  From 2004-05, I held the *Gilder Lehrman Fellowship in American History at the Dorothy and Lewis B. Cullman Center for Scholars and Writers* at the New York Public Library.  I have also received a *Distinguished Alumni Award* from Carleton College.  Additionally, I am an elected member of the Society of American Historians, sit on the Advisory Council of the Biographers' International Organization, and have a seat on the Board of Directors of Plaintiff The Authors Guild.  I am also a member of the American Historical Association, the Organization of American Historians and the Western History Association.

**The Work At Issue**

6.      I am the sole author and copyright holder of *Jesse James*, which was registered with the U.S. Copyright Office on or about February 4, 2002 and assigned Registration Number TX0005703845.  A true and correct copy of the copyright registration is attached hereto as Exhibit A.

7.      Although I have licensed to my publisher certain exclusive rights in connection with the commercial exploitation of *Jesse James*, I did so in exchange for the payment of royalties and I remain the legal and/or beneficial owner of all rights in and to *Jesse James*.  I never assigned to any third party the copyright to *Jesse James*.

8.      *Jesse James* was first published in hardcover format in 2002 by Alfred A. Knopf, Inc., and in paperback form in 2003 by Vintage Books.  It is a nonfiction biography that is, as of this writing, available for sale in paperback and electronic formats, including on the Amazon Kindle, the Barnes & Noble Nook, and others.  *Jesse James* was published in at least three countries, including the United States, the United Kingdom and Italy, where it was translated to and published in Italian.

**Unauthorized Uses Of My Work**

9.      It has come to my attention that a print copy of *Jesse James* was copied without my permission when it was digitized by one the defendant universities (collectively referred to herein along with the HathiTrust as the "Defendants") in partnership with Google, as part of the HathiTrust and Google Books projects.  This digitization took place without my knowledge, consent, or approval.  I did not authorize Google, HathiTrust, or any of the university defendants

to digitize or make any other use of *Jesse James*. To date, I have received no compensation of any kind for the Defendants' digitization and various uses of this work.

### Harm Resulting From Defendants' Use Of My Work

10. As an author who depends on the value of my writings to earn a living, I brought this action because the Defendants' unauthorized digitization and use of *Jesse James* has harmed or threatens to harm me in a number of ways.

11. First, each digital copy of *Jesse James* that Defendants created without authorization represents a lost sale. Simply put, Defendants could have purchased a digital copy of *Jesse James* (which is readily available through a number of commercial outlets) rather than scanning a print copy to create an unauthorized digital version, whether for preservation, archival or any other purpose. Just as libraries purchase or otherwise lawfully acquire print copies of books for their physical archives, libraries should purchase digital copies for their digital archives.

12. I authorized my publisher to digitize and sell *Jesse James* as an electronic book in exchange for 25% of the amount the publisher receives from the sale of the book, as shown on the agreement attached hereto as Exhibit B. By scanning *Jesse James*, Defendants avoided having to pay the retail cost of *Jesse James* which, according to a recent print-out from Amazon.com attached hereto as Exhibit C, is approximately $13.00 per copy. Thus, Defendants deprived me of a sale and the revenue that would have resulted from it. Attached hereto as Exhibit D is a copy of the most recent royalty statement I received for *Jesse James*, which shows that over 650 copies of the electronic book have been sold, generating almost $1,500 in revenue for me. To the extent that an electronic copy was not available at the time Defendants sought to

digitize *Jesse James*, they could have requested a license to do so.  However, no such license ever was requested or granted.

14. It is my understanding that Defendants make various uses of *Jesse James* without permission.  These unauthorized uses, both individually and in the aggregate, undermine existing, emerging and potential markets for *Jesse James*.  For example, I understand that HathiTrust has a service that allows certain users to conduct so-called "non-consumptive research" on the corpus of digital works, including my own, stored in the HathiTrust database.  From what I've learned about it, non-consumptive research represents a potentially exciting field for academics and therefore an emerging licensing opportunity for authors at a time when revenues are decreasing.  Indeed, it is my understanding that the Amended Settlement Agreement entered into by The Authors Guild and Google would have permitted the defendant libraries to engage in non-consumptive research activities using works such as *Jesse James* – but pursuant to a license that included a mechanism to compensate authors.

14. I further understand that Defendants have made my work available for full text searching.  Again, this undermines a potential source of revenue for me and for other rights holders.  For example, my publisher has granted licenses to companies such as Amazon and Ebrary to store a digital copy of *Jesse James* and allow users to search through the full text of my work.  But those uses are authorized for the purpose of driving sales of my book  as reflected on the royalty statement.  See Exhibit D at 2-3 (ebook sales) and 4 (Ebrary revenue).

15. Moreover, as a copyright owner, I (not Defendants) should be allowed to decide whether or not my works are copied and included in a database used for non-consumptive research, full text search indexing or other uses.  My understanding is that one of the fundamental rights of copyright is to decide whether or not I want my work to be copied,

distributed or displayed. And, if I am inclined to grant permission, I should be able to negotiate the terms thereof.

16. Finally, by digitizing and storing *Jesse James* in a digital archive, Defendants subjected, and continue to subject, *Jesse James* to security risks. Every digital archive runs some risk of being accessed without authorization, and it is common knowledge that even the most secured networks in the world have been victims of cyberattacks. Defendants made no effort whatsoever to inform me of any security measures they may have taken, and they never sought permission to expose *Jesse James* to whatever risks their system poses. Once an unauthorized, unprotected digital version of *Jesse James* is released online, it becomes vulnerable to unlimited, instantaneous copying and distribution - in other words, unstoppable piracy. Should the Defendants' security be compromised, it would negatively impact future sales of *Jesse James* and damage my livelihood.

17. For each of the uses above, including full text searching, digital archiving, and non-consumptive research, Defendants are seeking to establish that as a matter of law they have the right to use my work without my permission and without compensating me. If Defendants are allowed to do this, there will be little to stop other people or entities from making digital copies of copyrighted works and using them for these same (and possibly other) reasons. In other words, if Defendants and Google can do this, what is to stop anyone else in the market from doing the same thing and depriving me of the opportunity to exploit new potential revenue streams?.

18. This is a difficult and complicated period of uncertainty for the future of publishing and professional authorship, and copyright law's carefully-drawn incentive structure has been jeopardized by the changing technological landscape. I, and many other authors, see

these new uses for books as a ray of hope and a potential revenue stream to allow authors to continue to be compensated as traditional print publication suffers.  By deciding unilaterally, on my behalf, that I am owed nothing for these uses, Defendants cripple this hope and preempt my rights to demand compensation for these new kinds of uses.

19.     It is my hope that this action will help ensure that future generations of authors will continue to have the financial incentive to write books.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        June 26, 2012

_____
T.J. STILES

# EXHIBIT A



C F w ri

b change.
ght Office
the Copy-

# FORM TX
**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



TX 5-703-845

EFFECTIVE DATE OF REGISTRATION

Month **Feb** Day **4** Year **2003**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**
JESSE JAMES: Last Rebel of the Civil War

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼ . Number ▼   Issue Date ▼   On Pages ▼

---

**2 a** **NAME OF AUTHOR ▼**
T.J. Stiles

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text excluding brief quotes from other sources; all photographs are preexisting

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3 a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given ONLY if this work has been published.
2002 ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information   Month ▶ September   Day ▶ 17   Year ▶ 2002
USA ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

T.J. Stiles
c/o Scovil, Chichak, Galen Literary Agency, 381 Park Ave. South
New York, NY 10016

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
FEB 0 4 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 0 4 2003
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

FORM TX

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Brief quotes from other sources; all photographs are preexisiting

**a**

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire text excluding brief quotes from other sources; all photographs are preexisiting

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

Alfred A. Knopf                                     19429

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Rebecca Heisman, Alfred A. Knopf
1745 Broadway, 3rd Floor
New York, NY 10019

**b**

Area code and daytime telephone number ▶ (212)572-2706                Fax number ▶ (212)572-6066
Email ▶ rheisman@randomhouse.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                              Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Alfred A. Knopf

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Heisman                                                    Date ▶ January 24, 2003

Handwritten signature (X) ▼
X *Rebecca Heisman*

| Certificate will be mailed in window envelope to this address: | Name ▼ Rebecca Heisman, Alfred A. Knopf |
|---|---|
| | Number/Street/Apt ▼ 1745 Broadway, 3rd Floor |
| | City/State/ZIP ▼ New York, NY 10019 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper                U.S. Government Printing Office: 2000-461-113/20,021

# EXHIBIT B

Case 1:11-cv-06351-HB   Document 83   Filed 06/29/12   Page 11 of 19



February 23, 2010

**RANDOM HOUSE**

BERTELSMANN

T.J. Stiles
c/o Scovil Galen Ghosh Literary Agnecy
276 Fifth Avenue Suite 708
New York, NY 10001

Dear Mr. Stiles,

We are pleased to inform you that your title has been selected to be included in Random House's Electronic Book, or "ebook," publishing program.

With the widespread use by consumers of electronic devices such as the iPod, the Amazon Kindle and the Sony Reader, a significant market for ebooks is beginning to emerge. Random House is committed to making its extensive backlist of titles available to consumers in new ways and we have every expectation that the wider availability of your books will increase sales to a segment of the population that has chosen ebooks as their preferred reading option.

We will pay royalties on all ebook sales of your book(s) in accordance with the following provision:

> "On all copies of the Work sold as an "Electronic Book" as defined herein: 25% of the amount received.
>
> As used in this Agreement, Electronic Book means the text of the Work in complete, condensed, adapted or abridged form by any means of distribution or transmission, whether now or hereafter known or developed, intended to make the text and any illustrations or photographs contained in the Work available in visual form for reading."

If these terms are acceptable, please sign each copy of this letter, which will serve as an amendment to our agreement dated November 9, 1998 for JESSE JAMES, and return one copy in the enclosed envelope. The other copy is for your records.

All other terms of the Agreement shall remain in full force and effect.

Should you have any questions about the foregoing, please contact **Joe Villella** in our Contracts Department.

Agreed to and Accepted by:                       Sincerely,

_____                          Madeline McIntosh
T.J. Stiles                                      President, Sales, Operations and Digital
                                                 Random House, Inc.

CONFIDENTIAL                                                                      AG 0000141

# EXHIBIT C

Case 1:11-cv-06351-HB   Document 83   Filed 06/29/12   Page 13 of 19



| | Books | Advanced Search | Browse Subjects | New Releases | Best Sellers | The New York Times® Best Sellers | Children's Books | Tex |

Jesse James: Last Rebel of the Civil War and over one million other books are available for Amazo...



Share your own customer images
Search inside another edition of this book

## Jesse James: Last Rebel of the Civil War [Paperback]

**T.J. Stiles** ▾ (Author)

★★★★☆ ▾ (70 customer reviews) | 👍 Like (11)

List Price: ~~$17.00~~
Price: **$12.75** & eligible for **FREE Super Saver Shipping** on orders over $25. Details
You Save: $4.25 (25%)

**In Stock.**
Ships from and sold by **Amazon.com**. Gift-wrap available.

Only 17 left in stock--order soon (more on the way).

**Want it delivered Friday, April 6?** Order it in the next **0 hours and 44 minutes**, and choose **One-Day Shipping** at checkout. Details

**39 new** from $8.61     **83 used** from $3.40

| Formats | Amazon Price | New from | Used from |
|---|---|---|---|
| Kindle Edition | -- | $12.99 | -- |
| ⊞ Library Binding | $25.00 | $25.00 | $22.50 |
| ⊞ Paperback | $12.75 | $8.61 | $3.40 |
| Unknown Binding | -- | -- | -- |



Start reading **Jesse James: Last Rebel of the Civil War** on your Kindle **in under a minute**.

Don't have a Kindle? **Get your Kindle here**, or download a **FREE Kindle Reading App**.

## Book Description

Publication Date: **October 28, 2003**

In this brilliant biography T. J. Stiles offers a new understanding of the legendary outlaw Jesse James. Alt portrayed as a Robin Hood of the old west, in this ground-breaking work Stiles places James within the co conflicts of the Civil War to reveal a much more complicated and significant figure.

Raised in a fiercely pro-slavery household in bitterly divided Misssouri, at age sixteen James became a bu savage Confederate guerrillas that terrorized the border states. After the end of the war, James continued and murder into the brutal era of reconstruction, when his reckless daring, his partisan pronouncements, sympathetic editor John Newman Edwards placed him squarely at the forefront of the former Confederate power. With meticulous research and vivid accounts of the dramatic adventures of the famous gunman, T. resembles not the apolitical hero of legend, but rather a figure ready to use violence to command attentic many ways, a forerunner of the modern terrorist.

## Frequently Bought Together

AG 0002676

# EXHIBIT D

Alfred A Knopf

January 28, 2012

SCOVIL GALEN GHOSH LITERARY
AGENCY, INC.
276 FIFTH AVENUE SUITE 708
NEW YORK NY  10001

**JESSE JAMES**
Author(s): T.J. STILES

Royalty Summary Statement
For Period Ending September 30, 2011

|  | Current | | Cumulative | |
|---|---:|---:|---:|---:|
|  | **Copies** | **Earnings** | **Copies** | **Earnings** |
| Hardcover | 0 | 0.00 | 24,981 | 88,742.33 |
| Electronic Book | 359 | 820.08 | 656 | 1,475.88 |
| Trade Paperback | 948 | 1,182.31 | 41,042 | 49,238.50 |
| Subtotal | 1,307 | 2,002.39 | 66,679 | 139,456.71 |
| Subsidiary Rights Income |  | 10.87 |  | 36,946.23 |
| Earnings |  | 2,013.26 |  | 176,402.94 |
| **Total Earnings** | **1,307** | **2,013.26** | **66,679** | **176,402.94** |
| Less: Original Guarantee |  |  |  | 100,000.00 |
| Less: Royalty Payments |  |  |  | 74,389.68 |
| **Total Balance Due** |  |  |  | **2,013.26** |

Allocation By Participant
SCOVIL GALEN GHOSH LITERA      Payee #38885         ACH         100.00%         2,013.26

Statement #1559976-01 / 1110003681-001 / Participant ID-3110037763                     Page 1 of    4

1745 Broadway, New York, NY 10019 Phone 212-940-7430 Email Royalties@randomhouse.com

CONFIDENTIAL                                                                                                        AG 0002434

Knopf

January 28, 2012
SCOVIL GALEN GHOSH LITERARY

## Royalty Detailed Statement
### For Period Ending September 30, 2011

**JESSE JAMES**

| Market | Royalty Rate or External Market | Royalty Per Unit or Net Receipts | Current Copies | Current Earnings | Cumulative Copies | Cumulative Earnings |
|---|---|---|---|---|---|---|
| 9780375405839 | $ 27.50 | On Sale: September 17, 2002 HC | | | | |
| | | Sub Total | 0 | 0.00 | 24,981 | 88,742.33 |
| | **Hardcover** | Total in USD | 0 | 0.00 | 24,981 | 88,742.33 |
| 9780307773371 | $ 17.00 | On Sale: October 27, 2010 EL | | | | |
| U.S. | 25.0000 | $ 81.09 | 7 | 20.29 | 298 | 662.73 |
| Canada | 25.0000 | $ 72.76 | 8 | 18.20 | 10 | 22.72 |
| Export | 25.0000 | $ 35.36 | 4 | 8.84 | 8 | 17.68 |
| | | Sub Total | 19 | 47.33 | 316 | 703.13 |
| 9780307773371 | $ 12.99 | On Sale: October 27, 2010 EL | | | | |
| U.S. | 25.0000 | $ 3,090.97 | 340 | 772.75 | 340 | 772.75 |
| | | Sub Total | 340 | 772.75 | 340 | 772.75 |
| | **eBook** | Total in USD | 359 | 820.08 | 656 | 1,475.88 |
| 9780375705588 | $ 17.00 | On Sale: October 28, 2003 TP | | | | |
| U.S. | 7.5000 | 1.27500 | 932 | 1,188.30 | 3,911 | 4,986.53 |
| Canada | 3.7500 | 0.63750 | 10 | 6.38 | 30 | 19.13 |
| Export | 5.0000 | $ 153.42 | 21 | 7.68 | 53 | 20.13 |
| Spcl disct | 5.0000 | $ 3.00 | 1 | 0.15 | 1 | 0.15 |
| | | Sub Total | 964 | 1,202.51 | 3,995 | 5,025.94 |
| 9780375705588 | $ 16.95 | On Sale: October 28, 2003 TP | | | | |
| U.S. | 7.5000 | 1.27125 | (14) | (17.80) | 5,643 | 7,173.66 |
| Canada | 3.7500 | 0.63563 | 0 | 0.00 | 56 | 35.60 |
| Export | 5.0000 | 0.00000 | 0 | 0.00 | 79 | 30.80 |
| Spcl disct | 5.0000 | 0.00000 | 0 | 0.00 | 1 | 0.15 |
| | | Sub Total | (14) | (17.80) | 5,779 | 7,240.21 |

January 28, 2012
SCOVIL GALEN GHOSH LITERARY

## Royalty Detailed Statement
## For Period Ending September 30, 2011

**JESSE JAMES**

| Market | Royalty Rate or External Market | Royalty Per Unit or Net Receipts | Current Copies | Current Earnings | Cumulative Copies | Cumulative Earnings |
|---|---|---|---|---|---|---|
| 9780375705588 | $ 16.00 | On Sale: October 28, 2003 TP | | | | |
| U.S. | 7.5000 | 1.20000 | (2) | (2.40) | 30,477 | 36,572.40 |
| Canada | 3.7500 | 0.60000 | 0 | 0.00 | 510 | 306.00 |
| Export | 5.0000 | 0.00000 | 0 | 0.00 | 184 | 69.82 |
| Spcl disct | 5.0000 | 0.00000 | 0 | 0.00 | 63 | 13.19 |
| Premium | 5.0000 | 0.00000 | 0 | 0.00 | 34 | 10.94 |
| | | Sub Total | (2) | (2.40) | 31,268 | 36,972.35 |
| **Trade Paperback** | | Total in USD | 948 | 1,182.31 | 41,042 | 49,238.50 |

January 28, 2012
SCOVIL GALEN GHOSH LITERARY

## Subsidiary Rights Income
## For Period Ending September 30, 2011

**JESSE JAMES**

| Licensee | Rights Sold | Territory or Language | Current Copies | Current Receipts | Proprietor's Share % | Current Earnings | Cumulative Copies | Cumulative Earnings |
|---|---|---|---|---|---|---|---|---|
| 9780375405839 | | | | | | | | |
| RHUK Cape | | Lic.Total | 0 | 0.00 | | 0.00 | 0 | 27,989.86 |
| il Saggiatore | | Lic.Total | 0 | 0.00 | | 0.00 | 2,312 | 3,311.47 |
| Easton Press | | Lic.Total | 0 | 0.00 | | 0.00 | 0 | 1,000.00 |
| AARP | | Lic.Total | 0 | 0.00 | | 0.00 | 0 | 375.00 |
| Bookspan | | Lic.Total | 0 | 0.00 | | 0.00 | 4,185 | 3,766.95 |
| The Globe Peq | | Lic.Total | 0 | 0.00 | | 0.00 | 0 | 325.00 |
| | | ISBN Total | 0 | 0.00 | | 0.00 | 6,497 | 36,768.28 |
| 9780375705588 | | | | | | | | |
| Ebrary Proque | Permission | English | 0 | 21.73 | 50.00% | 10.87 | 0 | 177.95 |
| | | ISBN Total | 0 | 21.73 | | 10.87 | 0 | 177.95 |
| Subsidiary Rights | | Total | 0 | 21.73 | | 10.87 | 6,497 | 36,946.23 |

CONFIDENTIAL                                                                                              AG 0002437