**KILPATRICK TOWNSEND & STOCKTON LLP**
Joseph Petersen (JP 9071)
Robert Potter (RP 5757)
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
Email: jpetersen@kilpatricktownsend.com
Email: rpotter@kilpatricktownsend.com

Joseph M. Beck (admitted *pro hac vice*)
W. Andrew Pequignot (admitted *pro hac vice*)
Allison Scott Roach (admitted *pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: jbeck@kilpatricktownsend.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE AUTHORS GUILD, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> HATHITRUST, ET AL., <br><br> Defendants. | Case No. 11 Civ. 6351 (HB) <br><br> **THE LIBRARIES' NOTICE OF MOTION FOR COSTS AND ATTORNEYS' FEES** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of the Libraries' Motion for Costs and Attorneys' Fees and the accompanying Declarations of Roger L. Zissu, dated October 23, 2012, Raymond J. Dowd, dated October 25, 2012, and Joseph Petersen, dated October 26, 2012, all offered in support of the Libraries' Motion for Costs and Attorneys' Fees; and upon all prior pleadings and proceedings had herein, the Defendant Libraries in the above-captioned action hereby move this Court, before the Honorable Harold Baer, Jr., United States District Judge, at the Daniel Patrick Moynihan United

States Courthouse, 500 Pearl Street, New York, New York, 10007, for an Order granting Costs and Attorneys' Fees pursuant to Fed. R. Civ. P. 54(d) and 17 U.S.C. 505, and for such other and further relief as deemed just and proper by this Court.

**PLEASE TAKE FURTHER NOTICE** that any opposing and answering memoranda to this motion shall be served within fourteen days after service of Defendant's moving papers pursuant to Local Rule 6.1(b).

DATED: October 26, 2012  
          New York, New York

Respectfully Submitted,

/s/ Joseph Petersen  
Joseph Petersen (JP 9071)  
Robert Potter (RP 5757)  
KILPATRICK TOWNSEND & STOCKTON LLP  
1114 Avenue of the Americas  
New York, NY 10036  
Telephone: (212) 775-8700  
Facsimile: (212) 775-8800  
Email: jpetersen@kilpatricktownsend.com  
Email: rpotter@kilpatricktownsend.com

Joseph M. Beck (admitted *pro hac vice*)  
W. Andrew Pequignot (admitted *pro hac vice*)  
Allison Scott Roach (admitted *pro hac vice*)  
KILPATRICK TOWNSEND & STOCKTON LLP  
1100 Peachtree Street, Suite 2800  
Atlanta, Georgia 30309-4530  
Telephone: (404) 815-6500  
Facsimile: (404) 815-6555  
Email: jbeck@kilpatricktownsend.com

*Attorneys for Defendants*