Robert J. Bernstein (RB 4230)
THE LAW OFFICE OF
ROBERT J. BERNSTEIN
380 Lexington Avenue, 17th Floor
New York, NY 10168
Telephone: (212) 551-1068
Facsimile:  (212) 551-1001

OF COUNSEL:

| | |
|---|---|
| Daniel F. Goldstein | Peter Jaszi |
| Jessica P. Weber | 5402 Surrey Street |
| BROWN, GOLDSTEIN & LEVY, LLP | Chevy Chase, Maryland 20815 |
| 120 E. Baltimore Street | Telephone:  301-656-1753 |
| Suite 1700 | Facsimile:  301-656-7483 |
| Baltimore, Maryland 21202 | pjaszi@wcl.american.edu |
| Telephone:  410-962-1030 | |
| Facsimile:  410-385-0869 | |
| dfg@browngold.com | |
| jweber@browngold.com | |

*Counsel for Defendant Intervenors*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE AUTHORS GUILD, INC., et al., | |
| *Plaintiffs*, | Case No. 11-cv-6351(HB) |
| v. | DEFENDANT INTERVENORS' NOTICE OF MOTION FOR COSTS AND ATTORNEYS' FEES |
| HATHITRUST, et al., | |
| *Defendants*. | |

     **PLEASE TAKE NOTICE** that upon the Declaration of Daniel F. Goldstein, dated

October 31, 2012, offered in support of Defendant Intervenors' Motion for Costs and Attorneys'

Fees; and upon all prior pleadings and proceedings had herein, the Defendant Intervenors in the

above-captioned action hereby move this Court, before the Honorable Harold Baer, Jr., United

States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,

New York, New York, 10007, for an Order granting Costs and Attorneys' Fees pursuant to Fed.

R. Civ. P. 54(d) and 17 U.S.C. § 505, in the amount of $514,042.15 for attorneys' fees and

$14,001.35 in costs, and for such other and further relief as deemed just and proper by this Court.

   **PLEASE TAKE FURTHER NOTICE** that any opposing and answering

memoranda to this motion shall be served within fourteen days after service of Defendant

Intervenors' moving papers pursuant to Local Rule 6.1(b).

DATED: October 31, 2012                Respectfully Submitted,


                   _____/s/  Daniel F. Goldstein_____
                   Daniel F. Goldstein, *Pro Hac Vice*
                   Jessica P. Weber, *Pro Hac Vice*
                   BROWN GOLDSTEIN & LEVY, LLP
                   120 E. Baltimore Street, Ste. 1700
                   Baltimore, Maryland 21202
                   Telephone:  (410) 962-1030
                   Facsimile:  (410) 385-0869
                   dfg@browngold.com
                   jweber@browngold.com


                   Robert J. Bernstein (RB 4230)
                   THE LAW OFFICE OF
                   ROBERT J. BERNSTEIN
                   380 Lexington Avenue, 17th Floor
                   New York, NY 10168
                   Telephone: (212) 551-1068
                   Facsimile: (212) 551-1001
                   rjb@robert-bernsteinlaw.com


                   Peter Jaszi
                   5402 Surrey Street
                   Chevy Chase, Maryland 20815
                   Telephone:  301-656-1753
                   Facsimile:  301-656-7483
                   pjaszi@wcl.american.edu