```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THE AUTHORS GUILD, INC., et al.

                    Plaintiffs,

       - against -                              O R D E R

HAITHITRUST, et al.                             11 Civ. 6351 (NRB)

                    Defendants,

       and

NATIONAL FEDERATION OF THE BLIND,
et al.,

                    Intervenor-Defendants.

----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2014

Counsel are directed to appear for a conference with the Court, on October 30, 2014, at 3:30 P.M., at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 21A.

**IT IS SO ORDERED.**

DATED:   New York, New York
         October  7 , 2014

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Counsel for Plaintiffs**
Edward H. Rosenthal, Esq.
Jeremy S. Goldman, Esq.
Franfurt Kumit Klein & Selz, P.C.
488 Madison Ave.
New York, NY 10022

**Counsel for Defendants**
Joseph Petersen, Esq.
Kilpatrick Townsend & Stockton LLP
31 W. 52nd St., 14th Floor
New York, NY 10019

**Counsel for Intervenor-Defendants**
Robert J. Bernstein, Esq.
380 Lexington Ave., 17th Floor
New York, NY 10168

Daniel F. Goldstein, Esq.
Laura Ginsberg Abelson, Esq.
120 E. Baltimore St., Ste. 1700
Baltimore, MD 21202

Peter Jaszi, Esq.
5402 Surrey St.
Chevy Chase, MD 20815