UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
THE AUTHORS GUILD, INC., et al.

        Plaintiffs,

  - against -

HAITHITRUST, et al.

        Defendants,

  and

NATIONAL FEDERATION OF THE BLIND,
et al.,

        Intervenor-Defendants.
-----------------------------------------X

**O R D E R**

11 Civ. 6351 (NRB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/15

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The conference scheduled to be held this date at 3:00 P.M. is hereby adjourned without date.

    **IT IS SO ORDERED.**

DATED:    New York, New York
           January 5, 2015

                                  NAOMI REICE BUCHWALD
                                  UNITED STATES DISTRICT JUDGE